# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTON LEE,<br><br>        Plaintiff,<br><br>v.<br><br>MATEVOUSIAN,<br><br>        Defendant. | **Case No. 1:18-cv-00278-JLT (PC)**<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S *IN FORMA PAUPERIS* STATUS SHOULD NOT BE REVOKED**<br><br>**(Docs. 2, 4)**<br><br>**21-DAY DEADLINE** |

       The Court granted the plaintiff's motion to proceed *in forma pauperis*. (*See* Docs. 2, 4.) Upon review, it does not appear that Plaintiff meets the poverty requirements to proceed *in forma pauperis*. Instead, Plaintiff's motion indicates that his national six-month deposits totaled over $900 and his national six-month withdrawals totaled over $1,000, with an average daily balance of nearly $200. (Doc. 2, pp. 4-6.)

       Proceeding "*in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). Though a party need not be completely destitute to proceed *IFP*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD),

2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. Dec. 30, 2015) (citing *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984)). "[T]he court shall dismiss the case at any time if the court determines the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A). It appears that Plaintiff has had sufficient funds over the last several months to be required to pay the filing fee in full to proceed in this action.

Accordingly, **within 21 days** of the date of service of this order, Plaintiff **SHALL** show cause why his *in forma pauperis* status should not be revoked and this action dismissed without prejudice to refiling with prepayment of the filing fee; alternatively, within the same 21-day deadline, Plaintiff may pay the filing fee or file a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated: **April 26, 2018**         **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE