UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTON LEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATEVOUSIAN,<br><br>　　　　　　Defendant. | **Case No. 1:18-cv-00278-JLT (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO REVOKE PLAINTIFF'S** *IN FORMA PAUPERIS* **STATUS**<br><br>**(Docs. 4, 14)**<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed November 13, 2018 (Doc. 14), are adopted in full;

2. Plaintiff's *in forma pauperis* status is revoked (Doc. 4); and

3. Plaintiff shall pay the $400 filing fee in full within thirty days from the date of this Order. Failure to pay the filing fee will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: __**December 12, 2018**__          __/s/ Lawrence J. O'Neill__
                                                  UNITED STATES CHIEF DISTRICT JUDGE