UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTON LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATEVOUSIAN,<br><br>　　　　　Defendant. | **Case No. 1:18-cv-00278-LJO-JLT (PC)**<br><br>**ORDER DISMISSING CASE** |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff was initially granted leave to proceed in forma pauperis by order dated March 2, 2018 (ECF No. 4), but that order was revoked on December 13, 2018, and plaintiff was directed to pay the $400 filing fee in full with a warning that failure to do so would result in the dismissal of this action. (See ECF Nos. 14, 15.) The deadline for paying the filing fee has now passed, and plaintiff has not paid it or otherwise responded to the Court's order. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED,** and all pending motions shall be **VACATED**.

IT IS SO ORDERED.

　　Dated: __**February 18, 2019**__　　　　　_____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1